UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20477-CR-RUIZ

UNITED STATES OF AMERICA,

v.

FRANCISCO JAVIER RAVELO,

    Defendant.
_____/

**THE UNITED STATES OF AMERICA'S INDEX OF ADMITTED EXHIBIT**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the attached Exhibit List. Additionally, Government's admitted exhibit 1 is attached.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    */s/ Brooke Elise Latta*
        BROOKE ELISE LATTA
        Assistant United States Attorney
        Florida Bar No. 105315
        U.S. Attorney's Office
        99 N.E. 4th Street, Suite 500
        Miami, Florida 33132-2111
        Telephone: (305) 961-9308
        Email: Brooke.Latta@usdoj.gov

| GOV. EXHIBIT NO. | FILING TYPE | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 1 | **Electronic** | Email from J.E.R. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **7th day of November 2025**, the undersigned electronically filed the foregoing document, with the Clerk of the Court using CM/ECF.

*/s/ Brooke Elise Latta*
BROOKE ELISE LATTA
Assistant United States Attorney