UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20477-RAR

**UNITED STATES OF AMERICA**

vs.

**FRANCISCO JAVIER RAVELO,**

      Defendant.

_____/

## **PROTECTIVE ORDER GOVERNING DISCLOSURE OF SENSITIVE INFORMATION**

**THIS CAUSE** comes before the Court on the Government's Unopposed Motion for Protective Order Concerning Disclosure of Rule 16 Discovery Information ("Motion"), [ECF No. 19]. In the Motion, the Government asks the Court to regulate the disclosure to defense counsel of sensitive information. The Court having reviewed the Motion and finding good cause, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Government shall disclose to the Defendant sensitive information in its possession as it deems necessary to comply with its discovery obligations.

2. Counsel for the Defendant shall possess and maintain the material responsive to the Standing Discovery Order only as necessary for counsel to prepare the case.

3. The Defendant shall neither maintain nor possess the discovery materials but may review the discovery materials with his defense counsel at his counsel's office as necessary to prepare the case.

4. Employees of defense counsel may possess the material responsive to the Standing Discovery Order, but only as necessary to prepare the case.

5. Defense counsel agrees that, when this case is over, it will destroy (or return to the Government) the discovery it received.

**DONE AND ORDERED** in Miami, Florida, this 13th day of November, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**